# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WEDGETAIL, LTD. and BOBBY D. KING, | § § | |
| *Plaintiffs,* | § § | Case No.: 2:07-CV-202-DF |
| vs. | § § | PATENT CASE |
| HUDDLESTON DELUXE, INC., | § § | JURY TRIAL DEMANDED |
| *Defendant.* | § § | |

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

On this day came on to be considered the Motion to Dismiss All Claims with Prejudice filed by Plaintiffs WEDGETAIL, LTD. and BOBBY D. KING ("Plaintiffs") and the Court having now reviewed said motion finds that it is well taken and should be granted. It is, therefore,

ORDERED that Plaintiffs' claim that Defendant, Huddleston Deluxe, Inc., ("Defendant") infringes U.S. Patent No. 6,857,220 ("the '220 Patent") is hereby DISMISSED with prejudice. It is further,

ORDERED that Defendant's counterclaim for declaratory relief against Plaintiffs is hereby DISMISSED with prejudice. It is further,

ORDERED that each party shall bear their own costs and attorney's fees.

SIGNED this 19th day of August, 2008.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE